# In the United States Court of Federal Claims

ROBERT ALLEN BAUTISTA

Robert Allen Bautista, agent & attorney-in-fact
          Plaintiff(s),

v.

THE UNITED STATES,

          Defendant.
US DEPARTMENT OF STATE D-U-N-S: 044758233

Case No. 24-1511 C

Judge _____

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.
If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

I invoke the power of the 9th Amendment to make clear that absolutely anything I am doing, have done or will ever do that does not harm or swindle others will be an absolute right that I confer upon myself. I am conferring nationality of a state upon myself, after birth, by any means whatsoever through the process of naturalization, as per 8 USC 1101(a)(23) in order to have the status of " non -citizen national of the United States" as per 8 USC 1101(a)(22)(B).

22 CFR 51.2: " (a) A passport may be issued only to a U.S. national." - my status as a U.S. national is only and exclusively " (B) a person who, though not a citizen of the United States, owes permanent allegiance to the United States." Neither myself, nor my nation, can waive any jurisdictional immunity granted to myself or my foreign state, such as that mentioned in 28 USC 1605(a)(1)

8 FAM 505.2-1  Endorsement Code Procedures

Received - USCFC
SEP 2 6 2024

2. **PARTIES**

Plaintiff, ROBERT ALLEN BAUTISTA , resides at PO BOX 131385
(Street Address)

DALLAS, TX 75313                                          , 702-501-9639
(City, State, ZIP Code)                                      (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

_____
_____
_____

3. **PREVIOUS LAWSUITS.** Have you begun other lawsuits in the United States Court of Federal Claims?         ☐ Yes  ☑ No

If yes, please list cases: _____
_____

4. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

ROBERT ALLEN BAUTISTA paid all applicable fees in negotiable instruments payable to associated with aquiring a new Diplomatic Passport as requested in form DS-11 at MAIN OFC ARLINGTON 300 E SOUTH ST ARLINGTON, TX 76004-9998 Phone #: (817) 543-8412. The US Department of State illicitly reissued a US Citizen Passport which violated specific statutes in USC and UCC. In accordance with how the United States is defined in 28 USC 3002(15) and described in UCC 9-307(h), I, as the agent, do not reside or domicile in the United States. Myself, as the agent, am not a citizen of the United States, nor a US citizen, nor a U.S. person. Myself, as the agent, am not a 14th Amendment citizen. I have one or more points of 8 USC 1408 that apply to me and I have been a national, but not citizen, since birth.

5. **RELIEF.** Briefly state exactly what you want the court to do for you.

PERFORMAMCE OF DIPLOMATIC PASSPORT AND CARD WITH ENDORSEMENT 11A THE BEARER IS A MEMBER OF THE FAMILY OF BAUTISTA, AMBASSADOR AT LARGE FOR THE NATION OF THE AMNESTY COALITION.

RECISION OFANY/ALL PERSONAL INFORMATION FROM ALL FEDERAL DATABASES INCLUDING BUT NOT LIMITED TO NAME, SOCIAL SECURITY NUMBER, ADDRESSES, PHONE NUMBERS

COMPENSATORY/LIQUIDATED/INCIDENTAL DAMAGES INCLUDING TWO HUNDRED FIFTY MILLION FEDERAL RESERVE NOTES

QUANTUM MERUIT TWO HUNDRED FIFTY UNITED STATES CUSTOMARY UNITS OF GOLD

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __17TH__ day of __SEPTEMBER__, __2024__.
         (day)            (month)              (year)

WITHOUT RECOURSE WITHOUT PREJUDICE
PAY TO THE ORDER OF ROBERT ALLEN BAUTISTA
BY: _Robt Allen Btt_ /agent

— Signature of Plaintiff(s)

Robert Allen Bautista/attorney-in-fact

A-7