# In The United States Court of Federal Claims

## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: ROBERT ALLEN BAUTISTA, Robert Allen Bautista, agent/attorney-in-fact     24-1511 C

Location of Plaintiff(s)/Petitioner(s) (city/state): DALLAS, TX

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): _____
   Firm Name: _____

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: PO BOX 131385
Street Address:
City-State-ZIP: DALLAS TX 75313
Telephone Number: 702-501-9639
E-mail Address: rbrtbtst16@gmail.com

Is the attorney of record admitted to the Court of Federal Claims Bar?   ☐ Yes   ☑ No

Nature of Suit Code: 134
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: STA
Number of Claims Involved: 1

Amount Claimed: $257,500,000
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____
  Is plaintiff a small business?   ☐ Yes   ☐ No
  Was this action proceeded by the filing of a protest before the GAO?   ☐ Yes   ☐ No     Solicitation No. _____
  If yes, was a decision on the merits rendered?   ☐ Yes   ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed case(s) in the United States Court of Federal Claims?   ☐ Yes   ☑ No   If yes, you are required to file a separate notice of directly related case(s). See RCRC 40.2.

Received - USCFC
SEP 26 2024

193