24-1511 C



**Explanatory Statement - Annexed to DS-11**
\* The Nation of The Amnesty Coalition \*
Fee passport for non-commercial foreign national - Ambassador-At-Large

Date: 8/22/24

By: Bautista, Robert Allen/agent
For: ROBERT ALLEN BAUTISTA/Principal
PO Box 131385
DALLAS, TX 75313

## SECTION 1

Hello!

If my passport card is printed with my "legal name," I realize that name signifies an "public corporation," which is defined as the following:

"A public corporation is one created by the state for political purposes and to act as an agency in the administration of civil government." -Black's Law 4th Edition

This corporation is generally written as one of the following 3 variations:

1. ROBERT ALLEN BAUTISTA
2. ROBERT A BAUTISTA
3. ROBERT BAUTISTA

I want to thank you for allowing me to have a corporation, of which I can use in commerce, that gives me limited liability. I will be signing as the agent on behalf of the principal. I will not attach my Durable Power of Attorney to this statement, but if you would like a copy of it then please write to me and I'll be more than happy to send you an original wet-ink copy.

In accordance with how the United States is defined in 28 USC 3002(15) and described in UCC 9-307(h), I, as the agent, do not reside or domicile in the United States. Myself, as the agent, am not a citizen of the United States, nor a US citizen, nor a U.S. person. Myself, as the agent, am not a 14th Amendment citizen. I have one or more points of 8 USC 1408 that apply to me and I have been a national, but not citizen, since birth. I may not have realized this until later in my life and I apologize for my lack of study and focus in this subject to truly understand the situation.

In fact, Congress has already been clear in the first session of the 90th congress, Volume 113-part 12, that the 14th Amendment was never properly ratified by more than 3/4ths of the states. The "14th Amendment Federal U.S. citizen" category doesn't even legally exist.

I invoke the power of the 9th Amendment to make clear that absolutely anything I am doing, have done or will ever do that does not harm or swindle others will be an absolute right that I confer upon myself.

I may or may not have selected a specific type of passport and endorsement codes, using the top right of the DS-11. That section is inside the area that I am clearly supposed to fill out. If I do fill that out and there is absolutely any issues with issuing that type and endorsement of passport, I will request that you have all the exact and very specific relevant laws and statutes from the Foreign Affairs Manual available for me to read so I can understand all of the relevant rules associated with that and also exact and specific handlings needed to get that type and endorsement issued to myself or my ens legis.

I am conferring nationality of a state upon myself, after birth, by any means whatsoever through the process of naturalization, as per 8 USC 1101(a)(23) in order to have the status of "non-citizen national of the United States" as per 8 USC 1101(a)(22)(B). I will attach either a certificate of live birth or a DS-10 birth affidavit form to prove that I have, in fact, been born. As a "national of the United States"," as per 8 USC 1101(a)(22), I am only and exclusively a "(B) a person who, though not a citizen of the United States, owes permanent allegiance to the United States."

I am well aware of 22 CFR 51.2: "(a) A passport may be issued only to a U.S. national." - my status as a U.S. national is only and exclusively "(B) a person who, though not a citizen of the United States, owes permanent allegiance to the United States."

Neither myself, nor my nation, can waive any jurisdictional immunity granted to myself or my foreign state, such as that mentioned in 28 USC 1605(a)(1) and no ambassador of The Amnesty Coalition

has the ability to waive or approve anything that would affect The Amnesty Coalition as a whole. That can only be done by BRANDON JOE WILLIAMS, himself, the king of the Nation of the Amnesty Coalition.

I am a non-citizen foreign national and Ambassador-At-Large on behalf of the Nation of the Amnesty Coalition. I am conferring these statuses and nationalities upon myself, as the agent, without any request for permission or approval from the Dept of State or any other agency. My identity has already entirely integrated these statuses and positions. I am simply informing the Dept of State of that which is already decided and completed.

The subject of 22 USC 212 needs to be addressed as well: "No passport shall be granted or issued to or verified for any other persons than those owing allegiance, whether citizens or not, to the United States."

To clarify what is meant by "allegiance," I will defer to Black's Law 2nd Edition definition: "By allegiance is meant the obligation of fidelity and obedience which the individual owes to the government under which he lives or to his sovereign in return for the protection he receives. It may be an absolute and permanent obligation or it may be a qualified and temporary one."

To be clear, I am not an enemy of the incorporated entity that calls itself "United States." But since I do not live in that area, nor do I have much in the way of contractual obligations with that area, my allegiance lies simply in the ideas that are found within that incorporated body that would match up with the definitions of "nation" and "peace" from the definitions section in section 2. My allegiance is not infinite and unconditional, my allegiance is confined to be within the definitions of "nation" and "peace" and, if the Federal corporation decides at any point to step outside of those definitions then my allegiance would end at that point. By definition, if the Federal corporation ever steps outside the definition of "nation" or "peace" then, by its own Codes, it ceases to exist. My allegiance ends at the moment that the nation ceases to exist simply because my support cannot exist for a nation that does not physically exist.

My true and unfettered allegiance lies in the ideas and spirit behind the idea of being a true American: freedom, common law, masculine and feminine duality, supreme force, technical performance, national pride, etc. My love and devotion to the heart and soul of our collection of independent unincorporated states is unquestionable and barely conditional. My allegiance ultimately lies in the unincorporated state in which I domicile, but that love does truly extend to all the other unincorporated states found within our union that intend and factually produce tranquility inside and outside of their nation and carry themselves as a unified body that operates with morals and decorum.

Just like the oath of office of the senate: "I do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic." But that specific Constitution is only and exclusively the original one that belongs to the unincorporated United States.

The incorporated "United States" is foreign to me but the unincorporated "United States" is domestic to me.

As I study the diplomatic aspects of the passport system, it appears to have a strong connotation of commercial activity. Because my diplomatic activities are entirely non-commercial in nature, I will be requesting simply a "state citizen" or non-citizen national passport rather than a special issue passport. I will also be using plates for my vehicles that look very similar to the diplomatic plates used by the Dept of State. Because the plates that you offer are for "commercial motor vehicles."

Due to the fact that I am not operating a commercial or "for hire" motor vehicle, I have no choice but to create custom plates off of the internet while using my private motor carrier DOT number. My vehicles are not used for commerce so, as per Federal/State Code, they are classified as "automobiles," "private use" vehicles, etc, not motor vehicles.

I have looked into the copyright and trademark of the Dept of State seal and have determined that the seal is not explicitly unavailable for private individuals to use. I will be printing and using diplomatic plates that are entirely outside the purview of commercial activity and I would like to be transparent in my appreciation for your making available a type of plate that protects and identifies me as a legal foreign government as per 18 USC 11 and also an internationally protected person pursuant to 18 USC 112. I will not be selling or engaging in any type of commercial transactions using the seal, as I know that would be a violation of trademark laws regarding the seal. I may or may not use the seal at all and am simply letting you know here for the sake of transparency and appreciation.

I am excited to say that I will be at peace and foster peace between the Nation of The Amnesty Coalition and the United States at all times as per 18 USC 11. I wish to retain my "foreign government" status at all times and I find this to be of the utmost importance. Our definition and explanation of what is meant by "be at peace" will be described in section 2 of this statement.

Section 2 will now be all the information that may be of interest to the Dept of State and Dept of the Interior as regards to this nation.

Thank you very much for your assistance.

*****

## SECTION 2

### Definitions:

**Body Politic:**
State or nation or public associations -Black's Law 4th Edition

**Society:**
An association or company of persons (generally unincorporated) united together by mutual consent, in order to deliberate, determine, and act jointly for some common purpose. In a wider sense, the community or public; the people in general. -Black's Law 4th Edition

**Nation:**
"An Independent body politic; a society of men united together for the purpose of promoting their mutual safety and advantage by the joint efforts of their combined strength. But every combination of men who govern themselves independently of all others will not be considered a nation. A body of pirates, for example, who govern themselves, are not a nation. To constitute a nation, another ingredient is required. The body thus formed must respect other nations in general, and each of their members in particular. Such a society has her affairs and her interests; she deliberates and takes resolutions in common, thus becoming a moral person, who possesses an understanding and will peculiar to herself, and is susceptible of obligations and rights." Vattel, Prelim. III, 2; 5 Pet. (U. S.) 52. See 1 Idaho (N. S.) 612.

**Amnesty:**
Amnesty is the abolition and forgetfulness of the offense. -Black's Law 4th Edition

**Coalition:**
a temporary alliance of distinct parties, persons, or states for joint action -Merriam-Webster's dictionary

**Peace:**
The tranquility enjoyed by a political society, internally by the good order which reigns among its members, and externally by the good understanding it has with all other nations. Applied to the internal regulations of a nation, peace imports, in a technical sense, not merely a state of repose and security as opposed to one of violence or warfare, but likewise a state of public order and decorum. -Black's Law 4th Edition

**Ambassador:**

In international law, a public officer, clothed with high diplomatic powers, commissioned by a sovereign prince or state to transact the international business of his government at the court of the country to which he is sent. -Black's Law 4th Edition

### Intent:
"Intent" expresses mental action at its most advanced point, or as it actually accompanies an outward, corporal [of or involving the body] act which has been determined on. Intent shows the presence of will in the act which consummates a crime. It is the exercise of intelligent will, the mind being fully aware of the nature and consequences of the act which is about to be done, and with such knowledge, and with full liberty of action, willing and electing to do it. -Black's Law 4th Edition (bracket section added by ROBERT ALLEN BAUTISTA to clarify the word "corporal")

### Will:
Wish; desire; pleasure; inclination; choice; the faculty of conscious, and especially of deliberate, action. -Black's Law 4th Edition

### Power:
Authority to do any act which the grantor might himself lawfully perform -Black's Law 4th Edition

### Covenant:
An agreement between two or more parties, reduced to writing and executed by a sealing and delivery thereof, whereby some of the parties named therein engage, or one of them engages, with the other, or others, or some of them, therein also named, that some act hath or hath not already been done, or for the performance or non-performance of some specified duty. -Black's Law 4th Edition

### Understand:
Comprehending. Clarity of operation. Enjoyment of the clarity that comes with the addressing and eliminating of a confusion or mystery. -ROBERT ALLEN BAUTISTA

### state:
In its largest sense, a "state" is a body politic or a society of men. -Black's Law 6th Edition

### Obligation:
The binding power of a vow, promise, oath, or contract, or of law, civil, political, or moral, independent of a promise; that which constitutes legal or moral duty, and which renders a person liable to coercion and punishment for neglecting it. -Black's Law 4th Edition

*****

## COVENANT OF AN AMBASSADOR OF THE AMNESTY COALITION

The nation/state of The Amnesty Coalition is a temporary nation that is a large amalgamation of many different people from all races and walks of life that all follow 4 simple rules:

1. To be at peace at all times and never allow yourself or your world to be poisoned by people trying to manipulate you into some kind of warfare. Even the Art of War, by Sun Tzu, is only applicable in times of war. Since "all warfare is based on deception," then I suppose our transparency is evidence as to our lack of desire for war.

2. To devote the basic essence of your life to the creation, clarification and dissemination of the definitions and meanings of words, terms, phrases and symbols, as needed to expand and clarify this world.

3. The recognition that the 14th Amendment, in the United States, is the most evil, illegal and racist thing that has ever been activated in North America. It was never legally ratified and, as an ambassador of The Nation of The Amnesty Coalition, you agree to do EVERYTHING IN YOUR POWER AT ALL TIMES to stop, clarify, eliminate, destroy, harm and attack the 14th Amendment in EVERY possible circumstance. You agree to educate and crusade against the 14th Amendment, ceaselessly, to its eventual demise. All "black" men and women deserve to have the same rights and freedoms as all "state citizens" had prior to 1870 and you promise to allow for this to become a reality. You completely understand that Congress has mentioned, in the first session of the 90th Congress, that the 14th Amendment was never legally ratified and you pledge to assist Congress to correct that massive misunderstanding. Congress needs our help and we are going to stand with them to fix this ATROCITY.

4. You promise to work towards the usage of real money (gold/silver coins) and to eliminate negotiable instruments (unconditional promises and orders to pay) to be circulated as currency. You understand and acknowledge the same dangers that the Founding Fathers warned us against regarding paper currency that is not tied to gold and silver coins. You understand that this negotiable instrument system creates homelessness, squalor, etc and you agree that every man, woman and child on the planet deserves the basic necessities of food, water, shelter, etc. You pledge yourself to be a solider in the fight for a more just financial system where everyone can support themselves and their family without undue economic difficulty.

**THESE RULES ARE NOT OBLIGATIONS AND WILL NEVER BE SUBJECT TO ANY SPECIFIC SCRUTINY. THESE RULES ARE A BOND WITH OURSELVES, AS A MORAL AND HONORABLE DUTY THAT WE OURSELVES TAKE GREAT PRIDE AND ENJOYMENT FULFILLING. THERE ARE NOT FEELINGS OF "FAILURE," "SHAME," OR "GUILT" INVOLVING THESE IDEAS. WE**

APPLY THESE RULES TO THE BEST OF OUR ABILITIES AT ALL TIMES THROUGH OUR LIFE AND NEVER FEEL AN "OBLIGATION" TOWARDS THESE IDEAS. WE ARE NOT A PRISONER TO OUR COVENANT, OUR COVENANT IS BEAUTY AND PEACE, PERSONIFIED.

This dissemination includes presenting the meanings and definitions in a way that promotes excitement and understanding in the person receiving the information.

We understand that the beauty and appreciation for life is achieved not by material things, necessarily, but by a personal nobility and love for ourselves and others. Material things may or may not be a part of that but are not the key aspects of life.

The Amnesty Coalition does not seek fighting, violence or revenge for any of the imagined or real injustices occurring in the world. Instead, we realize that the people responsible for the world we live in are terribly depraved. We understand, as a collective, that their very own degraded personal experience of life is more of a revenge than anything we could ever hope to do to them.

We understand that the people who are responsible for how bad certain areas of the world are, hate themselves and hate others. We understand that these people, of which do not constitute a large percentage of the population, have created their own prison. They do not enjoy their lives and they live in their own personal festering prison that has been covered over by a frail blanket of arrogance. We know that their only defense to the overbearing guilt that they could have for their offenses is to manufacture a world, in their own mind, where every single person in the world is truly evil and deserves to be tortured and killed.

This leaves a person, who is in that condition, in a world that is terrifying and hostile. A world that is not enjoyable. A world that needs to be destroyed.

Because of this, we are coming together to forgive them and clean up the mess they have made, no differently than a crying baby that has spilled their milk. Their existence in this state is more of a true vengeance than absolutely anything we could do to them with our own hands.

Each individual member of the nation is where each individual member says they are. As a collective, the only possible way to describe the location of The Amnesty Coalition, would be "Earth."

There are no "citizens" of The Amnesty Coalition. There are no passive positions available within the nation of The Amnesty Coalition. There are ONLY ambassadors.

As a general rule of operation, we follow the advice of Sun Tzu during times of war, but we have clarified a particular point of what he says...

Sun Tzu says "know thy enemy." But what we, as The Amnesty Coalition, question is that if you know someone SO WELL... do they naturally cease to become an enemy? We ask ourselves: "is an enemy only an enemy due to a lack of OUR OWN understanding?"

We do not live from a position of being a victim... being affected negatively by things and people around us. Instead, through the clarification of the definitions of words, terms and phrases, we are able to understand people to such a level that all hostilities simply melt away.

We ask questions involving the definitions of words, terms and phrases with childlike-precision. We do not judge or hate. We attempt to understand because understanding is the ONLY settlement to the dispute called "war." Many people create wars; we end wars.

We understand that most people are not in combat with us explicitly. We understand that most people are in combat with themselves or some semblance of their own past. We don't take things personally. We know that by helping someone else define the words, terms and phrases, we are freeing them from their own prison.

We walk the Earth as healers. We do not see others as a threat because we have devoted ourselves to our growth and that growth is more important than any assumed threat to that growth. We are the ones in control of our own destiny.

We believe and understand that INTENT is senior to thought. We agree that intent is the most senior aspect to all action. Because of this, all ambassadors must pledge, TO THE ABSOLUTE LIMIT OF THEIR CAPACITY, to always refocus, center and clarify their own intent in every area of their own life.

Ambassadors of The Amnesty Coalition do not use their diplomatic immunity to do harm to others, swindle others or make the world a harder place to live in. Anyone doing this in the name of The Amnesty Coalition is instantaneously not a member of ours and they do not need any official public release from us to signify an ending of the relationship.

Our nation is naturally policed by the intention to clarify words, terms and phrases (and symbols as well). We assume ourselves to be aspiring to be the greatest communicators in the world due to our inquisitive attitude and unquenchable desire to know. We are not overbearing in our search for understanding but we are appreciative. We find other cultures and nations absolutely fascinating and our curiosity is something beautiful and interesting to us. Our idea of "traveling," for example, would be to submerge ourselves in a culture out of curiosity and respect.

We do not assume a position of superiority. But we do know that we live our lives wielding an extreme level of power. Our power is applied to the releasing of others from the bondage of a lack of definition and meaning from the words, terms, phrases and symbols in their mind. We know that, BY SIMPLY HELPING OTHERS INVESTIGATE THE MEANINGS OF WHAT THEY SAY OR THINK, WE FREE THEM FROM THE BONDAGE THEY HAVE TO THEIR OWN MIND.

We request to understand more about others because we wish to understand, but also because we

wish others to understand. We walk the Earth as healers of the mind because we focus our energy into the clarification and expanding of consciousness for all the people in the world.

We believe that all people... including all police, judges, etc, deserve to understand the definitions of law. We believe all people are deserving of a searching inspection of the things in their mind.

WE HELP OTHERS TO INSPECT THEIR OWN MIND AND THE WORLD AROUND THEM.

We understand that those people who are able to successfully inspect their own mind are growing. We help them use dictionaries in order to build up their understanding of the symbolism of their own existence.

We understand that the ultimate level of control over a person's personal life is the complete control and redefining of all words, terms, phrases and symbols in a way that benefits them and everyone else around them to the maximum possible capacity.

We understand that a vast majority of people mean well. We understand that the biggest problem for most people is their own intent. We realize that we assist to straighten out the intent of others by helping them clarify the definitions of words, terms, phrases and symbols.

We realize there is a tremendous amount of "fear porn" in the world. Meaning information that is given to us that creates fear. We automatically assume that all information that creates fear in our world is manufactured by people that should not be listened to.

An ambassador of The Amnesty Coalition is not an exclusive position. Meaning all ambassadors are free to join or be a member of any other tribe, nation or government. As long as they agree to this covenant in its entirety.

Any definitions of words that are found to be manufactured or produced with the intent to suppress or destroy others (within the nation or without) is the greatest possible crime within The Amnesty Coalition and will be met with immediate exile from the nation. This exile will be met with the only remedy for reentry being direct petition to ROBERT ALLEN BAUTISTA and approval in writing in affidavit form.

The temporary nature of this nation is until the entire world is at peace. At that point, the nation will be dissolved and morph into another form where it will be more of a maintenance nation in order to simply maintain that of which has been completed.

All ambassadors of The Amnesty Coalition attest to the fact that they understand all the definitions of this covenant and agree to it without reservation. All ambassadors of The Amnesty Coalition devote themselves to the actions required to bring about the ideas and ideals of The Amnesty Coalition and ROBERT ALLEN BAUTISTA. All ambassadors understand that this devotion needs to be entirely and

fully determined by the individual ambassador and that no sort of groveling or worship is wanted or desired by ROBERT ALLEN BAUTISTA. Without independent thought, decision and intent, all ambassadors risk losing their status as ambassadors.

Ambassadors of The Amnesty Coalition are called "Pickletarians."

## Notarized Avouchment

Without prejudice, all rights reserved.

Pursuant to 28 USC 1746: executed without the United States: I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on: 09/11/2024

I attest that I have understood each and every word, term, phrase and symbol in this document to the absolute limit of my abilities.

I attest that I will operate at peace in every action I take in life while being an Ambassador of The Amnesty Coalition. I attest that absolutely any action done that could be construed as non-peaceful puts The Amnesty Coalition in jeopardy and immediately eliminates my membership to The Amnesty Coalition.

I attest that the most prized aspect of The Amnesty Coalition is a perception of peace and decorum towards all other nations and anything that would go against that would, by definition, be outside the spectrum of what is done by someone who respects The Amnesty Coalition. Someone committing those acts, by definition, WOULD NOT REPRESENT THE AMNESTY COALITION IN ANY WAY AND FORFEITS THEIR MEMBERSHIP AND AMBASSADORSHIP.

Subscribed and sworn by the non-incorporated living man/woman on behalf of the principal:_____

WITHOUT RECOURSE
WITHOUT PREJUDICE
PAY TO THE ORDER OF
ROBERT ALLEN BAUTISTA
BY: *[signature]* /agent

Robert Allen Bautista/attorney-in-fact

Bautista, Robert Allen/agent

WITHOUT PREJUDICE
WITHOUT RECOURSE
PAY TO THE ORDER OF:
ROBERT ALLEN BAUTISTA
By: *[signature]* /agent

--------

Robert Allen Bautista/attorney-in-fact