


Robert Allen Bautista
PO Box 131385
Dallas TX 75313-1385

Clerk of Court
US Court of Federal Claims
717 Madison Place, NW
Washington, DC 20439

RECEIVED SEP 26 2024
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

CERTIFIED MAIL
9589 0710 5270 0130 7089 41