IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROBERT ALLEN BAUTISTA, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES, )<br>)<br>Defendant. ) | No. 24-1511 C<br>Judge Loren A. Smith |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of _____Kristin E. Olson_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Kristin E. Olson
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044

s/ Kristin E. Olson
KRISTIN E. OLSON
Trial Attorney
Commercial Litigation Branch
Civil Division
(202) 307-6299
kristin.olson@usdoj.gov

Dated: October 1, 2024