**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this __1__ day of ____October, 2024____, I caused to be placed in the United States mail (first-class, postage prepaid), copies of a "NOTICE OF APPEARANCE" addressed as follows:

ROBERT ALLEN BAUTISTA
P.O. BOX 131385
Dallas, TX 75313

_____s/ Kristin E. Olson_____