# In the United States Court of Federal Claims

```
*******************************************
                                           *
                                           *
ROBERT ALLEN BAUTISTA                      *
                Plaintiff(s),              *   No. 24-1511
                                           *
v.                                         *
                                           *
THE UNITED STATES,                         *
                                           *
                Defendant.                 *
                                           *
* *****************************************
```

For the reasons specified in the attached deficiency memorandum, the submission identified shall be:

☐ Filed by my leave.

☐ Filed by my leave and the filing shall be titled _____.

☐ Filed by my leave and the party is being notified for the correction of the following defect(s) in all future filings: _____.

☐ Filed by my leave and the party is required to file a redacted version of the document for the public record (Rule 5.2).

☐ Returned to the party for the correction of defects. The party shall re-file the corrected document on or before _____. Opposing counsel's time to respond to the filing is to run from the date of re-service.

☐ Returned to the party unfiled.

☑ Rejected.

IT IS SO ORDERED.

                                                                  Loren A. Smith
                                                                   Judge

                                                                   12/10/2024
                                                                   Date

Docket No. 24-1511

# UNITED STATES COURT OF FEDERAL CLAIMS

# DEFICIENCY MEMORANDUM

TO:        Judge Loren A. Smith

FROM:      CLERK'S OFFICE

CASE NAME: BAUTISTA v. USA

DOCUMENT TITLE: Order for Default Judgment and Summary Judgment in Favor of the Plaintiff

The attached was received on 12/3/2024 and the following defect(s) is/are noted:

1. ☐ Untimely, due to be filed by _____ [Rule 7.2]

2. ☐ Not signed [ Rule 11 ]

3. ☑ Does not comply with the provisions of Rule:

   ☐ 5.2(a)         Re: redacted filings [Privacy Protection]

   ☐ 5.4(a)(2)(A)   Re: table of contents or index to appendix is missing (or in wrong location)

   ☐ 5.4(b)         Re: length of briefs or memorandum

   ☐ 5.5(g)         Re: Judge's name on all filings

   ☑ 10(a)          Re: incorrect caption; names of parties

4. ☐ Original affidavit(s)/declaration(s) is/are missing

5. ☑ No provision in the rules (or court order) for filing of this item

6. ☑ Order for Default Judgment includes Judge Smith's electronic signature.

AC
Deputy Clerk's Initials

Revised January 2024

Docket No. 24-1511

# UNITED STATES COURT OF FEDERAL CLAIMS

## DEFICIENCY MEMORANDUM

TO: Judge Loren A. Smith

FROM: CLERK'S OFFICE

CASE NAME: BAUTISTA v. USA

DOCUMENT TITLE: Order for Default Judgment and Summary Judgment in Favor of the Plaintiff

The attached was received on 12/3/2024 and the following defect(s) is/are noted:

1. [ ] Untimely, due to be filed by _____ [Rule 7.2]

2. [ ] Not signed [ Rule 11]

3. [✔] Does not comply with the provisions of Rule:

   [ ] 5.2(a)            Re: redacted filings [Privacy Protection]

   [ ] 5.4(a)(2)(A)      Re: table of contents or index to appendix is missing (or in wrong location)

   [ ] 5.4(b)            Re: length of briefs or memorandum

   [ ] 5.5(g)            Re: Judge's name on all filings

   [✔] 10(a)             Re: incorrect caption; names of parties

4. [ ] Original affidavit(s)/declaration(s) is/are missing

5. [✔] No provision in the rules (or court order) for filing of this item

6. [✔] Order for Default Judgment includes Judge Smith's electronic signature.

AC
Deputy Clerk's Initials

Revised January 2024