# In the United States Court of Federal Claims

No. 24-1511 C
Filed: December 11, 2024

```
*************************************
ROBERT ALLEN BAUTISTA,              *
         Plaintiff,                  *
                                     *          JUDGMENT
    v.                               *
                                     *
                                     *
THE UNITED STATES,                   *
         Defendant.                  *
*************************************
```

Pursuant to the court's Order, filed December 10, 2024,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed.

Lisa L. Reyes
Clerk of Court

By: *Ashley Reams*
Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Effective December 1, 2023, the appeals fee is $605.00.