# In the United States Court of Federal Claims

```
*******************************************
                                          *
ROBERT ALLEN BAUTISTA                     *
              Plaintiff(s),               *      No. 24-1511
                                          *
v.                                        *
                                          *
THE UNITED STATES,                        *
                                          *
              Defendant.                  *
                                          *
* *****************************************
```

For the reasons specified in the attached deficiency memorandum, the submission identified shall be:

☐ Filed by my leave.

☐ Filed by my leave and the filing shall be titled _____.

☐ Filed by my leave and the party is being notified for the correction of the following defect(s) in all future filings: _____.

☐ Filed by my leave and the party is required to file a redacted version of the document for the public record (Rule 5.2).

☐ Returned to the party for the correction of defects. The party shall re-file the corrected document on or before _____. Opposing counsel's time to respond to the filing is to run from the date of re-service.

☐ Returned to the party unfiled.

☑ Rejected.

IT IS SO ORDERED.

                                                                Loren A. Smith
                                                                Judge

                                                                12/16/2024
                                                                Date

Revised: 3/2022

Docket No. <u>24-1511</u>

UNITED STATES COURT OF FEDERAL CLAIMS

DEFICIENCY MEMORANDUM

TO:     Judge <u>Loren A. Smith</u>

FROM:   CLERK'S OFFICE

CASE NAME: <u>BAUTISTA v. USA</u>

DOCUMENT TITLE: <u>2nd Notice Opportunity to Cure, Order for Default Judgment and Summary Judgment in Favor of the Plaintiff</u>

The attached was received on <u>12/11/2024</u> and the following defect(s) is/are noted:

1. [ ] Untimely, due to be filed by _____ [Rule 7.2]

2. [ ] Not signed [ Rule 11]

3. [✔] Does not comply with the provisions of Rule:

   [ ] 5.2(a)         Re: redacted filings [Privacy Protection]

   [ ] 5.4(a)(2)(A)   Re: table of contents or index to appendix is missing (or in wrong location)

   [ ] 5.4(b)         Re: length of briefs or memorandum

   [ ] 5.5(g)         Re: Judge's name on all filings

   [✔] 10(a)          Re: incorrect caption; names of parties

4. [ ] Original affidavit(s)/declaration(s) is/are missing

5. [✔] No provision in the rules (or court order) for filing of this item

6. [✔] Case terminated on 12/11/2024. Letter has incorrect case caption an was not signed. Order for Default Judgment includes Judge Smith's electronic signature.

<u>AC</u>
Deputy Clerk's Initials

Revised January 2024