# In the United States Court of Federal Claims

```
******************************************
                                          *
ROBERT ALLEN BAUTISTA                     *
                Plaintiff(s),             *     No. 24-1511
                                          *
v.                                        *
                                          *
THE UNITED STATES,                        *
                                          *
                Defendant.                *
                                          *
* ****************************************
```

For the reasons specified in the attached deficiency memorandum, the submission identified shall be:

☐ Filed by my leave.

☐ Filed by my leave and the filing shall be titled _____.

☐ Filed by my leave and the party is being notified for the correction of the following defect(s) in all future filings: _____.

☐ Filed by my leave and the party is required to file a redacted version of the document for the public record (Rule 5.2).

☐ Returned to the party for the correction of defects. The party shall re-file the corrected document on or before _____. Opposing counsel's time to respond to the filing is to run from the date of re-service.

☐ Returned to the party unfiled.

☑ Rejected.

IT IS SO ORDERED.

                                                Loren A. Smith
                                                Judge

                                                1/28/2025
                                                Date

Docket No. __24-1511__

UNITED STATES COURT OF FEDERAL CLAIMS

DEFICIENCY MEMORANDUM

TO:  Judge _Loren A. Smith_____

FROM:  CLERK'S OFFICE

CASE NAME:  _BAUTISTA v. USA_____

DOCUMENT TITLE:  _Appeal Response to Order of Dismissal and Motion to Reopen Case_____

The attached was received on _1/21/2025_____ and the following defect(s) is/are noted:

1. ☐ Untimely, due to be filed by _____ [Rule 7.2]

2. ☐ Not signed [ Rule 11]

3. ☑ Does not comply with the provisions of Rule:

   ☐ 5.2(a)         Re: redacted filings [Privacy Protection]

   ☐ 5.4(a)(2)(A)   Re: table of contents or index to appendix is missing (or in wrong location)

   ☐ 5.4(b)         Re: length of briefs or memorandum

   ☑ 5.5(g)         Re: Judge's name on all filings

   ☐ 10(a)          Re: incorrect caption; names of parties

4. ☐ Original affidavit(s)/declaration(s) is/are missing

5. ☐ No provision in the rules (or court order) for filing of this item

6. ☑ Case terminated on 12/11/2024.

_AC_____
Deputy Clerk's Initials

Revised January 2024

Docket No. **24-1511**

## UNITED STATES COURT OF FEDERAL CLAIMS

## DEFICIENCY MEMORANDUM

TO:      Judge **Loren A. Smith**

FROM:      CLERK'S OFFICE

CASE NAME: **BAUTISTA v. USA**

DOCUMENT TITLE: Appeal Response to Order of Dismissal and Motion to Reopen Case

The attached was received on **1/21/2025** and the following defect(s) is/are noted:

1. ☐ Untimely, due to be filed by _____ [Rule 7.2]

2. ☐ Not signed [ Rule 11 ]

3. ☑ Does not comply with the provisions of Rule:

   ☐ 5.2(a)      Re: redacted filings [Privacy Protection]

   ☐ 5.4(a)(2)(A)      Re: table of contents or index to appendix is missing (or in wrong location)

   ☐ 5.4(b)      Re: length of briefs or memorandum

   ☑ 5.5(g)      Re: Judge's name on all filings

   ☐ 10(a)      Re: incorrect caption; names of parties

4. ☐ Original affidavit(s)/declaration(s) is/are missing

5. ☐ No provision in the rules (or court order) for filing of this item

6. ☑ Case terminated on 12/11/2024.

_AC_
Deputy Clerk's Initials

Revised January 2024